UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH VALERIA CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00537-JLT-HBK<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN EXTENSION OF TIME TO SERVE COMPLAINT PURSUANT TO CIV. L.R. 144(c) AND FRCP 6(B)<br><br>(Doc. No. 4)<br><br>ORDER VACATING AND RESETTING INITIAL SCHEDULING CONFERENCE |

   Pending before the Court is Plaintiff's Ex Parte Motion for an Extension of Time to Serve Complaint Pursuant to Civ. L.R. 144(c) and FRCP 6(b). (Doc. No. 4). Plaintiff advises that she is in settlement discussions with Defendant and seeks an extension of time to serve the Complaint if a settlement cannot be reached. (*Id*.). Finding good cause, the Court the Court will grant the Motion.

   Considering the extended deadline to serve the Complaint, the Court will vacate the mandatory Initial Scheduling Conference and related deadlines (Doc. No. 3) but will reset these dates should this matter not settle.

   Accordingly, it is hereby ORDERED:

   1. Plaintiff Ex-Parte Motion (Doc. No. 4) is GRANTED.

2. Plaintiff shall serve the Complaint **no later than September 4, 2025** or notify the Court of settlement by this date.

3. The Court VACATES the August 7, 2025 telephonic mandatory Initial Scheduling Conference and related deadlines.  (Doc. No. 3).

4. The Court resets the mandatory telephonic Initial Scheduling Conference **to October 16, 2025 at 2:45 P.M.**  The parties shall file their Joint Scheduling Report **no later than October 9, 2025**.  A template in word of the Joint Scheduling Report is available on Judge Helena M. Barch-Kuchta's Chamber's Page under "Forms."  Telephonic conferences are joined by calling: (Dial-In: 669-254-5252; meeting ID 160 644 7139; passcode 646053).

Dated:   August 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE